IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Davis, Maria A

Printed: 10/2/07

Case Number: 04 B 12388
Judge: Hollis, Pamela S
Filed: 3/30/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: August 20, 2007
Confirmed: June 28, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 54,064.60 |  |
| Secured: |  | 48,620.51 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,714.40 |
| Trustee Fee: |  | 2,729.69 |
| Other Funds: |  | 0.00 |
| Totals: | 54,064.60 | 54,064.60 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 2,714.40 | 2,714.40 |
| 2. | Household Financial Corporation | Secured | 41,855.95 | 39,093.43 |
| 3. | Household Financial Corporation | Secured | 16,844.00 | 9,527.08 |
| 4. | Arrow Financial Services | Unsecured | 92.35 | 0.00 |
| 5. | EMCC | Unsecured | 780.66 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 115.86 | 0.00 |
| 7. | Capital One | Unsecured |  | No Claim Filed |
| 8. | Capital One | Unsecured |  | No Claim Filed |
| 9. | Menards | Unsecured |  | No Claim Filed |
| 10. | Direct Merchants | Unsecured |  | No Claim Filed |
| 11. | Household Bank FSB | Unsecured |  | No Claim Filed |
| 12. | Household Bank FSB | Unsecured |  | No Claim Filed |
| 13. | Marshall Field & Company | Unsecured |  | No Claim Filed |
| 14. | Amoco Oil Company | Unsecured |  | No Claim Filed |
|  |  |  | $ 62,403.22 | $ 51,334.91 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 242.36 |
| 6.5% | 858.90 |
| 3% | 116.23 |
| 5.5% | 776.73 |
| 5% | 175.71 |
| 4.8% | 349.16 |
| 5.4% | 210.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Davis, Maria A | Case Number:  04 B 12388 |
| | Judge:  Hollis, Pamela S |
| Printed:  10/2/07 | Filed:  3/30/04 |

_____
$ 2,729.69

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_
_____